UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO HENRIQUE LIMA FIGUERREDO SOUZA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-04057-KES<br><br>ORDER GRANTING THE PETITION AND ORDERING PETITIONER'S IMMEDIATE RELEASE FROM CUSTODY |

Pedro Henrique Lima Figuerredo Souza ("Petitioner") filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition" at Dkt. 1), challenging Petitioner's detention by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  Respondents have answered the Petition ("Answer" at Dkt. 9), and Petitioner has replied ("Reply" at Dkt. 10).  The parties have consented to the jurisdiction of the Magistrate Judge.  (Dkt. 8.)

The Petition argues that Respondents violated Petitioner's Fifth Amendment right to procedural due process because they did not provide him with written notice and a pre-deprivation hearing prior to his arrest.  (Pet. at 14, ¶ 41.)  The

Petition asks the Court to order Petitioner's immediate release from custody and permanently enjoin his re-detention "absent written notice and a hearing prior to re-detention where Respondents must prove by clear and convincing evidence that the Petitioner is a flight risk or danger to the community and that no alternatives to detention would mitigate those risks." (Id. at 16, ¶ 3.)  Alternatively, Petitioner asks for a post-deprivation bond hearing to occur within 7 days.  (Id. at 16, ¶ 4.)

Respondents' answer states that they "are not presenting an opposition argument with respect to providing Petitioner a bond hearing at this time." (Dkt. 9.)  However, the Answer also presents no argument opposing Petitioner's release from custody.  The Court's Standing Order for § 2241 Immigration Petitions, issued in this case on July 22, 2026, states in relevant part, "**Failing to file an answer by the due date−or filing an answer that fails to substantively respond to any claim in the petition−may result in the Court granting the petition or claim as unopposed.**" (Dkt. 6 at 1-2) (emphasis in original).

Based on the facts and law stated in the Petition, and in light of Respondents' lack of opposition, IT IS HEREBY ORDERED that Judgment will be entered granting the relief requested in the Petition, as follows:

1. Respondents shall **immediately release** Pedro Henrique Lima Figuerredo Souza (A# 232-654-377) from custody.

2. If Respondents have not released Petitioner **within three days** of the date of this order, Petitioner may file a request for an order to show cause re contempt.

3. Respondents shall not re-detain Petitioner without providing Petitioner a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that Petitioner's physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner

2

may be removed in the reasonably foreseeable future.[1]

DATED:  July 29, 2026          *Karen E. Scott*

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent Petition seeks attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), Petitioner's counsel would need to file a post-judgment motion that complies with 28 U.S.C. § 2412(d)(1)(B).

3